1102

# MEMORANDUM DECISIONS.

AMERICAN TRUST & SAVINGS BANK OF CHICAGO et al., Appellants, v. CROWN MILLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 29, 1903.) Action by the American Trust & Savings Bank of Chicago and others, trustees, against the Crown Mills and others. No opinion. Judgment affirmed, with costs to each respondent appearing and submitting briefs upon this appeal.

ANISANSEL v. COGGESHALL. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Arthur Anisansel against Josephine H. Coggeshall. No opinion. Motion denied, with $10 costs.

In re ARBEELY. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) In the matter of the application of Nageeb J. Arbeely for admission to the bar. No opinion. Application granted.

BACHMANN BREWING CO., Respondent, v. WALLOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by the Bachmann Brewing Company against Fanny Wallowitz. No opinion. Appeal dismissed on argument, with costs.

BARBER ASPHALT PAV. CO. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by the Barber Asphalt Paving Company against the city of New York and another. From an order granting an injunction before final judgment, defendants appeal. Affirmed. Theodore Connoly, for appellants. L. Laflin Kellogg, for respondent.

INGRAHAM, J. There is presented upon this appeal the same question that was presented in the case of William G. Rose v. Seth Low, as Mayor, et al. (decided herewith) 83 N. Y. Supp. 598; and for the reasons stated in the opinion in that case the order appealed from should be affirmed, with $10 costs and disbursements. All concur.

BARRETT, Respondent, v. BAKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Stella A. Barrett against Frederick J. Baker and another. No opinion. Judgment and order affirmed, with costs.

In re BARTLETT'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) In the matter of the appointment of a committee of the person and estate of Charles Bartlett, an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

BATES, Appellant, v. DUBBIN, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Fred Bates against James Dubbin. No opinion. Judgment unanimously affirmed, with costs.

BECKER, Respondent, v. STUDEMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by John G. Becker against Frederica Studeman. No opinion. Motion denied, with $10 costs and disbursements.

BERNARD, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Lawrence E. Bernard against the Metropolitan Street Railway Company. No opinion. Appeal discontinued by consent.

BERRY, Respondent, v. UTICA BELT LINE ST. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Action by George D. Berry against the Utica Belt Line Street Railroad Company. No opinion.

PER CURIAM. Judgment and order affirmed, with costs, upon the opinion of McLENNAN, J., reported in 76 App. Div. 490, 78 N. Y. Supp. 542.

WILLIAMS and NASH, JJ., dissent.

BERTHELSON, Respondent, v. GABLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Carl C. Berthelson against John C. Gabler. No opinion. Order affirmed, with $10 costs and disbursements.

BICKNELL et al., Appellants, v. GARDNER, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Harry E. Bicknell and others against William H. Gardner. No opinion. Judgment and order unanimously affirmed, with costs.

In re BIEBER. (Supreme Court, Appellate Division, First Department. July 7, 1903.) In the matter of Joseph Bieber. No opinion. Motion granted, with $10 costs.

BINGHAM, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Charles W. Bingham, as administrator, etc., against the International Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.